UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALI MOORE,<br><br>                    Plaintiff,<br><br>          -against-<br><br> PABLO FERNANDEZ, et al.,<br><br>                    Defendants. | 1:25-CV-10844 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Ali Moore, who is appearing *pro se*, brings this civil action seeking damages and injunctive relief. The Court dismisses this civil action without prejudice for the following reason.

Plaintiff has previously submitted to this court a substantially similar complaint commencing a civil action against the defendants named in this civil action. That other civil action is pending in this court. *See Moore v. Fernandez*, 1:25-CV-10749 (LTS) (S.D.N.Y.). As this civil action asserts the same claims as raised in *Moore*, 1:25-CV-10749 (LTS), no useful purpose would be served by litigating this duplicative civil action. The Court therefore dismisses this civil action without prejudice to *Moore*, 1:25-CV-10749 (UA).

## CONCLUSION

The Court dismisses this civil action without prejudice as duplicative of *Moore v. Fernandez*, 1:25-CV-10749 (LTS) (S.D.N.Y.).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this civil action without prejudice for the reason set forth in this Order.

SO ORDERED.

Dated:    January 20, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge