UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI MOORE,

                              Plaintiff,

                -against-

PABLO FERNANDEZ, ET AL.,

                              Defendants.

25cv10844 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 20, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and, therefore, in forma pauperis status is denied for the purpose of an appeal.

See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

  Dated:    January 23, 2026
            New York, New York


                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge